```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                           TAMPA DIVISION
GLENN G. JONES,

       Plaintiff(s),

v.                                CASE NO.  8:03-CV-1145-T-17MAP

U-HAUL COMPANY OF
FLORIDA,

       Defendant(s).

_____/
```

ORDER

This cause is before the Court on:

Dkt. 12 Motion for Summary Judgment
Dkt. 21 Memorandum
Dkt. 23 Affidavit
Dkt. 24 Affidavit
Dkt. 25 Depositions
Dkt. 26 Response
Dkt. 34 Report and Recommendation

This case is a complaint for race discrimination, disability discrimination, retaliation and negligent training, supervision and retention.

Defendant U-Haul Company of Florida requests the entry of summary judgment as a matter of law because Plaintiff has not presented specific facts proving each essential element of his claims against Defendant.

The assigned Magistrate Judge has entered a Report and Recommendation recommending that Defendant's Motion for Summary Judgment be granted because Plaintiff has not met the requirements to establish a prima facie case for race discrimination, disability discrimination, retaliation or

Case No. 8:03-CV-1145-T-17MAP

negligence, and has not established pretext in connection with these claims.

The Court has independently examined the pleadings. No objections to the Report and Recommendation have been filed. After consideration, the Court adopts and incorporates the Report and Recommendation. Accordingly, it is

**ORDERED** that the Report and Recommendation is **adopted and incorporated** by reference. Defendant's Motion for Summary Judgment is **granted**. The Clerk of Court shall enter judgment for Defendant and close this case. Any motion for attorney's fees and costs must be filed within ten days.

**DONE and ORDERED** in Chambers, in Tampa, Florida on this 23rd day of August, 2005.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All parties and counsel of record